# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

TINA STRIBLING                                                              PLAINTIFF

VS.                                         CIVIL ACTION NO: 3:07CV386-TSL-JCS

WELLS FARGO FINANCIAL MISSISSIPPI, INC.              DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, this action is hereby dismissed with prejudice with each party to bear her/its own costs, if any.

IT IS THEREFORE ORDERED that pursuant to Rule 41 and Rule 54 of the Federal Rules of Civil Procedure, the Court considers dismissal proper, expressly determines that there is no just reason for delay, and hereby dismisses all claims asserted by Plaintiff against Wells Fargo Financial Mississippi, Inc. and all claims asserted by Wells Fargo Financial Mississippi, Inc. against Plaintiff with prejudice.

SO ORDERED ON THIS, the 1st day of December, 2009.

                                                 /s/Tom S. Lee
                                                 UNITED STATES DISTRICT JUDGE